910

No. 81–1094. KRETCHMAR ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–1102. DIAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–1141. RIBOTSKY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–5532. WHALEN *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 81–5540. STEPHENS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–5567. LEONARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5594. PIATT *v.* LOVETT ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 81–5605. LEONARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5615. SPARKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5736. LEE *v.* HARRIS, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 81–5744. BUSH *v.* MUNCY, SUPERINTENDENT, POWHATAN CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5747. POOLE *v.* PERINI. C. A. 6th Cir. Certiorari denied.

No. 81–5750. BOAG *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.